OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 We agree with the Appellate Division that the respondents violated the town ordinance by altering lot lines in an approved subdivision without following the mandated procedures. The lot lines on the revised plan under which the lots were to be sold were at variance with those on the first subdivision which was approved by the town planning board. It follows, therefore, that this attempted resubdivision is invalid (see Town of Southampton Rules and Regulations for Subdivision of Land, § 218, § 300
 
 et seq.).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur in memorandum.
 

 Order affirmed.